UNITED STATES DISTRICT COURT
for the
DISTRICT OF CONNECTICUT

| | |
|---|---|
| **JOUREY NEWELL** ) <br> ) <br> *Plaintiff* ) <br> ) <br> v. ) <br> ) <br> **DIGITIRE PROFESSIONALS, LLC** ) <br> ) <br> *Defendant* ) | Civil Action No. 3:25-CV-01794-SRU |

## AFFIDAVIT OF SERVICE

I, Mark Ciarciello, state:

I am 18 years or older and not a party to this action or a member of a corporation or organization that is a party to this action.

I served the following documents to Digitire Professionals, LLC in Capitol Planning Region, CT on October 29, 2025 at 1:18 pm at 265 Prestige Park Rd, Ste 4, East Hartford, CT 06108-1939 by leaving the following documents with Andreus Santiago, who as Logistics Analyst is authorized by appointment or by law to receive service of process for Digitire Professionals, LLC.

SUMMONS IN A CIVIL CASE, CIVIL COVER SHEET, CLASS ACTION COMPLAINT

Additional Description:
Delivered to Andreus Santiago, Logistics Analyst

Hispanic or Latino Male, est. age 35-44, glasses: N, Black hair, 160 lbs to 180 lbs, 5' 6" to 5' 9".
Geolocation of Serve: https://google.com/maps?q=41.787155,-72.602005
Photograph: See Exhibit 1


Total Cost: $120.00

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

Executed in

   Lower Connecticut River Valley Planning Region

   CT   on   10/30/2025   .

/s/ *Mark Ciarciello*

Signature
Mark Ciarciello
+1 (203) 738-9613

Exhibit 1a)

