IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| **JOUREY NEWELL,** individually and on behalf of all others similarly situated, | Case No. 3:25-cv-01794 |
| *Plaintiff,* | **CLASS ACTION** |
| v. | **JURY TRIAL DEMANDED** |
| **DIGITIRE PROFESSIONALS, LLC** | |
| *Defendant.* | |

## ENTRY OF APPEARANCE

Kindly enter my appearance as attorney for Plaintiff in the above-captioned matter.

RESPECTFULLY SUBMITTED AND DATED this January 3, 2026.

*/s/ Andrew Roman Perrong*
Andrew Roman Perrong, Esq.
Bar # CT31815
Perrong Law LLC
2657 Mount Carmel Avenue
Glenside, Pennsylvania 19038
Phone: 215-225-5529 (CALL-LAW)
Facsimile: 888-329-0305
a@perronglaw.com

### Certificate of Service

The foregoing document has been filed electronically, is available for viewing and downloading from the ECF system, and has been served on all parties of record via electronic service through the ECF system on January 3, 2026.

*/s/ Andrew Roman Perrong*
Andrew Roman Perrong, Esq.

1