IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| **JOUREY NEWELL,** individually and on behalf of all others similarly situated, *Plaintiff,* v. **DIGITIRE PROFESSIONALS, LLC** *Defendant.* | Case No. 3:25-cv-01794 **CLASS ACTION** **JURY TRIAL DEMANDED** |

### REQUEST FOR CLERK'S ENTRY OF DEFAULT
### AGAINST DEFENDANT DIGITIRE PROFESSIONALS LLC

COMES NOW Plaintiff Jourey Newell, by and through the undersigned counsel, pursuant to FED. R. CIV. P. 55(a), and hereby files this Motion for Clerk's Entry of Default against Defendant DigiTire Professionals LLC, in the above-styled action. Plaintiff respectfully requests that the Clerk of Court enter default as the Defendant has failed to serve or file an answer to Plaintiff's claims in this action within the time permitted by law or otherwise.

Federal Rule of Civil Procedure 12(a), entitled "Time to Serve a Responsive Pleading," provides in pertinent part that "[a] defendant must serve an answer within 21 days after being served with the summons and complaint." FED. R. CIV. P. 12(a)(1)(A)(i). Federal Rule of Civil Procedure 55(a), entitled "Entering a Default," provides that "[w]hen a party against whom a judgment for affirmative relief is sought has failed to plead or otherwise defend, and that failure is shown by affidavit or otherwise, the clerk *must* enter the party's default." FED. R. CIV. P. 55(a) (emphasis added).

Request for Entry of Default

1

Here, the Plaintiff filed his Complaint naming Defendant on October 23, 2025. (See ECF No. 1.) Defendant was served on October 29, 2025. (See ECF No. 11.) Accordingly, Defendant's responsive pleading was due on November 19, 2025. Defendant did not file a response as of January 3, 2026, despite the attached email correspondence with DigiTire's Brazilian Parent Company, Cantu, Inc. Accordingly, the Plaintiff requests that the Clerk enter the Defendant's default pursuant to FED. R. CIV. P. 55(a).

The Plaintiff intends to move for leave to conduct classwide discovery and seek a classwide default judgment as to Defendant.

## **CONCLUSION**

WHEREFORE, for the reasons set forth herein, the Plaintiff respectfully requests that the Clerk of Court enter default against the Defendant pursuant to FED. R. CIV. P. 55(a).

RESPECTFULLY SUBMITTED AND DATED this January 3, 2026.

> */s/ Andrew Roman Perrong*
> Andrew Roman Perrong,
> Bar No. CT31815
> a@perronglaw.com
> Perrong Law LLC
> 2657 Mount Carmel Avenue
> Glenside, PA 19038
> 215-225-5529
> Lead Attorney for Plaintiff and the Proposed Class

## **CERTIFICATE OF SERVICE**

I certify that I filed the foregoing via ECF on the below date, which will automatically send a copy to all attorneys of record on the case.

I further certify that I mailed a copy of the foregoing to:

DigiTire Professionals LLC
265 Prestige Park Rd
East Hartford, CT 06108

DigiTire Professionals LLC
c/o: Paulo Henrique Celante Da Silva
42 Towhee Ln
Glastonbury, CT 06033-1364

DigiTire Professionals LLC
c/o: Simone Kochav
Six Landmark Square, Floor Six
Stamford, CT 06901

Cantu Inc.
Rod. Antônio Heil, 800  Km 01
Itaipava Itajaí SC CEP 88316-001
BRAZIL

Cantu Inc.
Rua Gomes de Carvalho, 1.108
Conjunto 144, 14º andar, Vila Olímpia, CEP
Sao Paulo; Sao Paulo 04547-001
BRAZIL

And via email to:

karine.teixeira@cantu.inc, gabrieli.alfarth@cantu.inc, backoffice@digitire.com,

dpo@cantustore.com.br, societario@cantustore.com.br, finance@digitire.com,

skochav@fdh.com, ri@cantustore.com.br


Dated: January 3, 2026

                                                       */s/ Andrew Roman Perrong*
                                                       Andrew Roman Perrong,
                                                       Bar No. CT31815
                                                       a@perronglaw.com
                                                       Perrong Law LLC
                                                       2657 Mount Carmel Avenue
                                                       Glenside, PA 19038
                                                       215-225-5529
                                                       Lead Attorney for Plaintiff and the Proposed Class


Request for Entry of Default