From: **Anthony Paronich** <anthony@paronichlaw.com>
Date: Mon, Dec 1, 2025 at 4:06 PM
Subject: Re: Activity in Case 3:25-cv-01794-SRU Newell v. Digitire Professionals, LLC Summons Returned Executed
To: Karine Gondran Teixeira <karine.teixeira@cantu inc>
Cc: Gabrieli Alfarth <gabrieli.alfarth@cantu inc>

Hello:

Please advise.

Regards,

----
Anthony Paronich
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
[o] (617) 485-0018
[c] (508) 221-1510
[f] (508) 318-8100

This email message may contain legally privileged and/or confiden ial information.  If you are not the intended recipient(s), or the employee or agent responsible for delivery of this message to  he intended recipient(s), you are hereby notified that any dissemination, distribution or copying of this e-mail message is strictly prohibited. If you have received this message in error, please immediately notify the sender and delete this e-mail message from your computer.

On Fri, Nov 21, 2025 at 1:47 PM Anthony Paronich <anthony@paronichlaw.com> wrote:
> Thank you for your message.
>
> To clarify, the summons and complaint in *Newell v. Digitire Professionals, LLC*, Case No. 3:25-cv-01794-SRU (D. Conn.), were duly served on Digitire Professionals, LLC on October 29, 2025, as reflected on the court's docket. The proof of service was filed with the Court on October 30, 2025. According to the Federal Rules of Civil Procedure, your deadline to respond—November 19, 2025—has passed without any appearance or pleading filed.
>
> If you believe there is some internal confusion regarding receipt, I encourage you to promptly confer with the appropriate individuals at Digitire Professionals, LLC, as service has already been completed.
> As noted in my prior correspondence, unless we receive confirmation of your intent to defend this matter within five (5) days, we will proceed with requesting entry of default and filing a motion for default judgment, including a request for class-wide discovery in support of damages.
>
> Please conduct yourselves accordingly.
>
>
> ----
> Anthony Paronich
> Paronich Law, P.C.
> 350 Lincoln Street, Suite 2400
> Hingham, MA 02043
> [o] (617) 485-0018
> [c] (508) 221-1510
> [f] (508) 318-8100
>
> This email message may contain legally privileged and/or confidential information.  If you are not the intended recipient(s), or the employee or agent responsible for delivery of this message to the intended recipient(s), you are hereby notified that any dissemination, distribution or copying of this e-mail message is strictly prohibited. If you have received this message in error, please immediately notify the sender and delete this e-mail message from your computer.

**From:** Karine Gondran Teixeira <karine.teixeira@cantu.inc>
**Sent:** Friday, November 21, 2025 9:53 AM
**To:** anthony@paronichlaw.com
**Cc:** Gabrieli Alfarth <gabrieli.alfarth@cantu.inc>
**Subject:** RE: Activity in Case 3:25-cv-01794-SRU Newell v. Digitire Professionals, LLC Summons Returned Executed

Bom dia, Sr. Anthony.

Seu e-mail chegou à sede da empresa Digitire no Brasil.

Por favor, poderia esclarecer do que se trata? Não recebemos qualquer comunicação, intimação ou citação com estes dados.

**Karine Gondran Teixeira**
Juríd co
Telefone (47) 3046-2550
Rod. Antônio Heil, 800 | Km 01 | Itaipava | Itajaí SC | CEP 88316-001
Nossos canais de denúncias: 0800 878 9048 ou www.canalintegro.com.br/cantustore.



Atenção: As informações contidas neste e-mail, incluindo seus anexos, são restritas apenas ao remetente e a pessoa ou entidade para qual foi endereçada. Se você não é o destinatário ou a pessoa responsável por encaminhar esta mensagem ao destinatário  você está  por meia desta  notificado que não deverá rever retransmitir imprimir copiar usar ou distribuir esta mensagem ou quaisquer anexos. Caso você tenha recebido esta mensagem por engano, por favor, contate o remetente imediatamente e em seguida apague esta mensagem. Classificação da Informação: restrito.

**De:** Anthony Paronich <anthony@paronichlaw.com>
**Enviado:** quinta-feira, 20 de novembro de 2025 13:42:32 (UTC-03:00) Brasilia
**Para:** BackOffice <backoffice@digitire.com>; dpo <dpo@cantustore.com.br>
**Assunto:** FW: Activity in Case 3:25-cv-01794-SRU Newell v. Digitire Professionals, LLC Summons Returned Executed

> Geralmente, você não recebe emails de anthony@paronichlaw.com. Saiba por que isso é importante

Dear Sir or Madam:

I write regarding the below matter. As you are aware, the summons and complaint were duly served on October 29, 2025. To date, no responsive pleading has been filed, and no counsel has entered an appearance. Your deadline to respond has expired.

Unless we receive a response indicating your intent to defend this action within five (5) days, we will proceed with requesting the Clerk's entry of default, followed by a motion for default judgment. Furthermore, we will file a motion to conduct discovery in support of a class-wide judgment. We would prefer to litigate this matter without the need for default proceedings, and we are willing to discuss reasonable steps forward if you contact us promptly.

Please conduct yourself accordingly.

----
Anthony Paronich
Paronich Law, P.C.
350 Lincoln Street, Suite 2400

Hingham, MA 02043
[o] (617) 485-0018

[c] (508) 221-1510
[f] (508) 318-8100

This email message may contain legally privileged and/or confidential information.  If you are not the intended recipient(s), or the employee or agent responsible for delivery of this message to the intended recipient(s), you are hereby notified that any dissemination, distribution or copying of this e-mail message is strictly prohibited. If you have received this message in error, please immediately notify the sender and delete this e-mail message from your computer.