

**2657 Mount Carmel Avenue**
**Glenside, PA 19038**

a@perronglaw.com                                           Tel. (215) 225-5529 (CALL-LAW)
www.perronglaw.com                                                      Fax (888) 329-0305

January 3, 2026

*Via Postal Mail And Email*

DigiTire Professionals, LLC

Re:   Notice of Request for Certificate of Default
*Nwell v. DigiTire Professionals LLC*, No. 3:25-cv-01794 (D. Ct.)

Gentlemen:

As you know, my co-counsel Anthony Paronich and I represent the Plaintiff, Jourey Newell, in the above-entitled action against your company. The complaint in this lawsuit was filed in October of 2025. Your company was served on October 29, 2025. As no answer has been received within the time provided for by law, the enclosed request for entry of default has been filed with the Court as of the instant date.

You are in default because you have failed to enter a written appearance by attorney and file in writing with the Court your defenses or objections to the claims set forth against you by the date required, November 19, 2025. You should take this paper to your lawyer at once.

This letter serves as written notice that Plaintiff intends to file a Motion to Commence Discovery, and ultimately, motions for Class Certification and Default Class Judgment if you do not appear before Friday, January 23, 2026. We are writing this letter as a courtesy, even though such motions could be filed at this time. We appreciate your prompt attention to this matter.

Very Truly Yours,

Andrew R. Perrong, Esq.