

Andrew Perrong <a@perronglaw.com>

## IMPORTANT LEGAL NOTICE OF DEFAULT - Newell v. Digitire Professionals, LLC (3:25-cv-01794-SRU)
1 message

**Andrew Perrong** <a@perronglaw.com>   Sat, Jan 3, 2026 at 5:41 PM
To: karine.teixeira@cantu.inc, gabrieli.alfarth@cantu.inc, backoffice@digitire.com, dpo@cantustore.com.br, societario@cantustore.com.br, finance@digitire.com, skochav@fdh.com, ri@cantustore.com.br, Anthony Paronich <anthony@paronichlaw.com>

Gentlemen,

Please see the attached correspondence and court filing made today and directed to you in reference to your default in this matter. We appreciate your prompt attention to this matter.

--
Thank you kindly,
Andrew Perrong, Esq.
Perrong Law LLC
2657 Mount Carmel Avenue
Glenside, PA 19038
215-225-5529 (CALL-LAW)

**3 attachments**


**DigiTire Default Letter.pdf**
75K


**gov.uscourts.ctd.167558.13.0.pdf**
159K


**gov.uscourts.ctd.167558.13.1.pdf**
294K