IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| **JOUREY NEWELL,** individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>**DIGITIRE PROFESSIONALS, LLC**<br><br>*Defendant.* | Case No. 3:25-cv-01794<br><br>**CLASS ACTION**<br><br>**JURY TRIAL DEMANDED** |

**[PROPOSED ORDER] GRANTING
MOTION TO COMMENCE DISCOVERY TO OBTAIN
<u>RECORDS THAT IDENTIFY PUTATIVE CLASS MEMBERS</u>**

AND NOW, this _____ day of _____, 2026, it is hereby ORDERED that the Plaintiff's Motion To Commence Discovery To Obtain Records That Identify Putative Class Members IS GRANTED. Discovery in this matter is ordered open. Discovery shall be completed within 120 days of the date of this Order, at which point Plaintiff shall have fourteen days to file either a Motion for Class Certification or a Motion for Individual Default Judgment.

*BY THE COURT:*

_____
J.