**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT**

| | |
|---|---|
| JOUREY NEWELL, individually and on behalf of a class of all persons and entities similarly situated,<br><br>Plaintiff<br><br>vs.<br><br>DIGITIRE PROFESSIONALS, LLC,<br><br>Defendant. | Case No. 3:25-cv-01794-SRU |

**PLAINTIFF'S MOTION TO SUPPLEMENT
THE MOTION TO COMMENCE CLASS DISCOVERY**

Plaintiff, by and through undersigned counsel, respectfully submits this supplement to his pending Motion to Commence Class Discovery (Dkt. 15), and states as follows:

1. On January 29, 2026, Plaintiff filed a Motion to Commence Class Discovery following the entry of default against Defendant.

2. Since that time, Defendant—through out-of-state counsel—has initiated contact with Plaintiff's counsel regarding potential settlement of this action.

3. In those communications, Defendant's counsel represented that he was in the process of retaining Connecticut counsel to appear in this matter and to seek to vacate the default.

4. Those communications began on February 12, 2026.

5. Despite these representations, and notwithstanding Defendant's awareness of this action, no appearance has been filed on behalf of Defendant, and no motion to vacate the default or otherwise defend the action has been submitted.

6.  Defendant has therefore attempted to engage in settlement discussions while simultaneously declining to appear before this Court or participate in the litigation.

7.  Plaintiff submits that this conduct further supports the relief requested in the pending motion, including the need for class discovery to obtain the information necessary to evaluate damages and any potential resolution on a class-wide basis.

8.  A true and correct copy of the relevant correspondence reflecting Defendant's communications and non-appearance is attached hereto as Exhibit A.

WHEREFORE, Plaintiff respectfully requests that the Court consider this supplement in connection with Plaintiff's Motion to Commence Class Discovery (Dkt. 15), and grant such further relief as it deems just and proper.

DATED this 27th day of March, 2026.

PLAINTIFF,
By his attorneys,

By: _s/ *Anthony I. Paronich*
Anthony I. Paronich
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
(508) 221-1510
anthony@paronichlaw.com