Case 3:25-cv-01794-SRU    Document 16-1    Filed 03/27/26    Page 1 of 4

| | |
|---|---|
| **From:** | Anthony Paronich |
| **To:** | Rafael Recalde |
| **Cc:** | Andrew Perrong |
| **Bcc:** | Anthony Paronich |
| **Subject:** | Re: Jourey Newell v. Digitire |
| **Date:** | Sunday, March 22, 2026 12:50:07 PM |

Counsel:

I wanted to follow up here. Please advise as to your position by March 26, 2026.

We intend to supplement our pending motion to commence class discovery by informing the Court that the Defendant is represented, but has given no intention of appearing in the action.


Regards,

----
Anthony Paronich
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
[o] (617) 485-0018
[c] (508) 221-1510
[f] (508) 318-8100

This email message may contain legally privileged and/or confidential information.  If you are not the intended recipient(s), or the employee or agent responsible for delivery of this message to the intended recipient(s), you are hereby notified that any dissemination, distribution or copying of this e-mail message is strictly prohibited. If you have received this message in error, please immediately notify the sender and delete this e-mail message from your computer.


On Tue, Mar 3, 2026 at 7:37 AM Anthony Paronich <anthony@paronichlaw.com> wrote:
  No, I was referring to the first message we sent you in response to your inquiry about settlement.


     On Mar 3, 2026, at 6:34 AM, Rafael Recalde <rafael@recaldelaw.com> wrote:


     Good morning. Is there an attachment? I don't see anything.

     Recalde Law Firm, P.A.
     By: Rafael Recalde, Esq.


     On Tue, Mar 3, 2026 at 7:32 AM Anthony Paronich <anthony@paronichlaw.com> wrote:

Hello:

Please see the below. The data that reflects the amount of individuals contacted despite being on the national do not call registry is required to move settlement forward, and is what we are seeking from the court following the default.

Regards,

Anthony Paronich

On Mar 3, 2026, at 5:27 AM, Rafael Recalde <rafael@recaldelaw.com> wrote:

Good morning please advise as to settlement

Thank you

Recalde Law Firm, P.A.
By: Rafael Recalde, Esq.

On Thu, Feb 12, 2026 at 1:58 PM Anthony Paronich <anthony@paronichlaw.com> wrote:

Hey, Rafael. Nice to meet you. It's a class action lawsuit, so any settlement conversation would require class data to analyze.

Additionally, your client has been defaulted despite our repeated attempts to allow them to appear. We'll need to confer on any motion to lift the default, so we'll wait to hear why they have not previously appeared.

----

Anthony Paronich

Paronich Law, P.C.

350 Lincoln Street, Suite 2400

Hingham, MA 02043

[o] (617) 485-0018

[c] (508) 221-1510
[f] (508) 318-8100

This email message may contain legally privileged and/or confidential information.  If you are not the intended recipient(s), or the employee or agent responsible for delivery of this message to the intended recipient(s), you are hereby notified that any dissemination, distribution or copying of this e-mail message is strictly prohibited. If you have received this message in error, please immediately notify the sender and delete this e-mail message from your computer.

---

**From:** Rafael Recalde <rafael@recaldelaw.com>
**Sent:** Thursday, February 12, 2026 1:05 PM
**To:** anthony@paronichlaw.com
**Subject:** Jourey Newell v. Digitire

Anthony:

My firm serves as general counsel to Digitire Professionals, LLC.
I am reaching out with respect to the above referenced matter.

I am in the process of securing CT counsel to seek to vacate the default and raise defenses in the action.

Without prejudice to this, however, my client has asked that I reach out to you to determine whether there is a possibility to resolve this out of court.  Please inform and let me know the amount you are seeking so that I may review with my client.

Thank you in advance.

Sincerely,

Rafael Recalde

Recalde Law Firm, P.A.

recaldelaw.com

Ph: 305-792-9100 ext. 101