IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

JOUREY NEWELL, individually and on behalf
of a class of all persons and entities similarly situated,

Plaintiff,

v.                                                          Case No. 3:25-cv-01794-SRU

DIGITIRE PROFESSIONALS, LLC,

Defendant.

_____/

## NOTICE OF APPEARANCE OF PRO HAC VICE COUNSEL

Please enter the appearance of Rafael Recalde, Esq., as pro hac vice counsel for Defendant,

Digitire Professionals, LLC, in the above-captioned action.

Rafael Recalde, Esq.
Recalde Law, P.A.
1221 Brickell Ave, Suite 900
Miami, FL 33131
Telephone: (305) 792-9100
Facsimile: (305) 517-1407
Email: rafael@recaldelaw.com

Mr. Recalde appears pro hac vice on behalf of Defendant, Digitire Professionals, LLC,

together with sponsoring/local counsel[1]:

Roger Scully, Esq.
Sussman Shapiro
2 Union Plaza, P.O. Box 1591
New London, Connecticut 06320
Telephone: (860) 981-0246
Email: rscully@sswbgg.com

Dated: April 20, 2026

---

[1] See D.E. 19 - 4/15/26 Order granting D.E .18 Pro Hac Vice Motion.

1

Respectfully submitted,

/s/ Rafael Recalde
Rafael Recalde, Esq.
Pro Hac Vice Counsel for Defendant
Digitire Professionals, LLC

/s/ Roger Scully
Roger Scully, Esq.
Sponsoring Counsel for Defendant
Digitire Professionals, LLC

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 20th day of April, 2026, a copy of the foregoing Notice of Appearance was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all counsel of record by operation of the Court's electronic filing system.

/s/ Roger Scully
Roger Scully, Esq.