IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

JOUREY NEWELL, individually and on behalf
of a class of all persons and entities similarly situated,

Plaintiff,

v.                                                                          Case No. 3:25-cv-01794-SRU

DIGITIRE PROFESSIONALS, LLC,

Defendant.

_____ /

## **PROPOSED ORDER**

Upon consideration of Defendant Digitire Professionals, LLC's Combined Motion to Set Aside Entry of Default, Quash Service of Process, Dismiss for Insufficient Service of Process, and Stay Default-Related Discovery, and any response thereto, it is hereby ORDERED that:

1. The Motion is GRANTED.

2. The Clerk's Entry of Default against Defendant Digitire Professionals, LLC is VACATED and SET ASIDE.

3. The attempted service of process reflected at ECF No. 11 is QUASHED.

4. Plaintiff shall have _____ days from the date of this Order to effect proper service of process on Defendant Digitire Professionals, LLC.

5. Plaintiff's Motion to Commence Discovery, Plaintiff's Motion to Supplement, the subpoena directed to Twilio, Inc., and all other default-related discovery proceedings are STAYED pending proper service and further order of the Court. If Plaintiff elects to proceed following proper service, Defendant shall respond to the Complaint within the time permitted by the Federal Rules of Civil Procedure following such service.

1

SO ORDERED at Bridgeport, Connecticut, this ___ day of _____, 2026.