IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

JOUREY NEWELL, individually and on behalf
of a class of all persons and entities similarly situated,

Plaintiff,

v.                                                                    Case No. 3:25-cv-01794-SRU

DIGITIRE PROFESSIONALS, LLC,

Defendant.

_____/

**DEFENDANT DIGITIRE PROFESSIONALS, LLC'S**
**RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Digitire Professionals, LLC

states as follows:

1.  Digitire Professionals, LLC is a limited liability company.

2.  Its sole member is Lahenger Luxembourg S.A.R.L., a company organized under the laws

    of Luxembourg.

3.  No publicly held corporation owns 10% or more of Digitire Professionals, LLC's

    ownership interests.

Dated: April 20, 2026

Respectfully submitted,

DIGITIRE PROFESSIONALS, LLC

By: /s/ Roger Scully
Roger Scully, Esq.
Suisman Shapiro
Bar Number 29955
2 Union Plaza, P.O. Box 1591
New London, Connecticut 06320
Telephone: (860) 981-0246
Email: rscully@sswbgg.com

and

/s/ Rafael Recalde
Rafael Recalde, Esq.
Pro Hac Vice
Bar Number: phv209349
Recalde Law, P.A.
1221 Brickell Ave, Suite 900
Miami, FL 33131
rafael@recaldelaw.com
(305) 792-9100

Its Attorneys

## CERTIFICATE OF SERVICE

I hereby certify that on April 20, 2026, a copy of the foregoing was filed electronically and served by notice of electronic filing on all counsel of record.

*/s/ Rafael Recalde*
Rafael Recalde, Esq.

2