IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

JOUREY NEWELL, individually and on behalf
of a class of all persons and entities similarly situated,

Plaintiff,

v.                                                                   Case No. 3:25-cv-01794-SRU

DIGITIRE PROFESSIONALS, LLC,

Defendant.

_____/

**DECLARATION OF HUMBERTO GABRIEL CANTU**

I, Humberto Gabriel Cantu, declare as follows:

1. I am over eighteen years of age and make this declaration based on my personal knowledge.

2. I am the Manager of Digitire Professionals the matters stated in this declaration.

3. Digitire is a Connecticut limited liability company with a business address at 265 Prestige Park Road, Suite 4, East Hartford, Connecticut 06108.

4. Digitire is engaged in the commercial tire business, including the sale of commercial truck tires.

5. Digitire 'prospecting process me directed to business-to-business outreach to commercial trucking businesses, including fleet operators, owner-operators, transportation companies, and other commercial trucking-related businesses.

6. Digitire obtains prospective business leads from public and commercial business-to-business trucking sources, including BrokerSnapshot and FMCSA/USDOT-type public records.

1

7. The data used in prospecting process may include company names, business phone numbers, business addresses, operating status, DOT/MC numbers, and other publicly available or commercially available business information.

8. Digitire uses Avochato as a business communication platform for outreach to commercial trucking prospects.

9. Digitire's outreach is intended to initiat for commercial trucking operations.

10. Attached as Exhibit C is a true and correct Dossier.

11. The Customer Prospection Process Dossier a for identifying and contacting commercial trucking business prospects.

12. The screenshots included in the Customer Prospection Process Dossier reflect the business-to-business prospecting workflow involving Newell Contracting LLC and outreach concerning commercial truck tires.

13. Based on records and customer-prospecting process, the telephone number at issue in this case was identified through a business-to-business trucking prospecting workflow associated with Newell Contracting LLC.

14. Digitire did not identify the telephone number at issue through a residential-consumer telemarketing process.

15. Digitire's outreach concerning the telepho

tires and was directed to a commercial trucking prospect.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 13, 2026

_____

Humberto Gabriel Cantu