IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

JOUREY NEWELL, individually and on behalf
of a class of all persons and entities similarly situated,

Plaintiff,

v.                                                    Case No. 3:25-cv-01794-SRU

DIGITIRE PROFESSIONALS, LLC,

Defendant.

_____/

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

JOUREY NEWELL, individually and on behalf
of a class of all persons and entities similarly situated,

Plaintiff,

v. Case No. 3:25-cv-01794-SRU

DIGITIRE PROFESSIONALS, LLC,

Defendant.

_____/

## ORDER ON DEFENDANT DIGITIRE PROFESSIONALS, LLC'S MOTION TO DISMISS, OR ALTERNATIVELY FOR LIMITED THRESHOLD DISCOVERY AND EARLY SUMMARY JUDGMENT SCHEDULE

The Court has reviewed Defendant Digitire Professionals, LLC's Motion to Dismiss, or

Alternatively for Limited Threshold Discovery and Early Summary Judgment Schedule, the

record, and the applicable law.

Accordingly, it is ORDERED:

1.  Defendant's Motion is GRANTED.

2.  Plaintiff's Class Action Complaint is DISMISSED.

3. In the alternative, to the extent the Court declines to dismiss the Complaint at this stage, discovery shall proceed first on the limited threshold issue of whether Plaintiff's telephone number was a residential telephone number or a business/commercial number for purposes of 47 U.S.C. § 227(c)(5) and 47 C.F.R. § 64.1200(c)(2).

4. Any threshold discovery shall be limited to whether Plaintiff owned, subscribed to, controlled, used, listed, held out, or treated the number as a residential number or a business/commercial number, including whether the number was associated with Newell Contracting LLC or any other commercial enterprise.

5. All class discovery and third-party subpoena discovery are stayed pending completion of threshold discovery and further order of the Court.

6. The parties shall confer and submit a proposed schedule for limited threshold discovery and early summary judgment briefing within fourteen (14) days of this Order.

SO ORDERED this ___ day of _____, 2026.

UNITED STATES DISTRICT JUDGE