IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

JOUREY NEWELL, individually and on behalf
of a class of all persons and entities similarly situated,

Plaintiff,

v.                                                          Case No. 3:25-cv-01794-SRU

DIGITIRE PROFESSIONALS, LLC,

Defendant.

_____ /

**DECLARATION OF RAFAEL RECALDE IN SUPPORT OF DEFENDANT DIGITIRE PROFESSIONALS, LLC'S EXPEDITED MOTION TO STA QUASH OR MODIFY THIRD-PARTY SUBPOENAS**

I, Rafael Recalde, declare as follows:

1. I am counsel for Defendant Digitire Profes this declaration based on my personal knowledge and review of the filings and communications described below.

2. Plaintiff served a subpoena on Twilio, Inc. dated April 2, 2026, seeking records relating to the telephone number 860-775-7298 and related account information. A true and correct copy of the Twilio subpoena is attached to

3. The Twilio subpoena sought, among other things, call-detail records, message-detail records, customer billing and payment records, account information, help tickets, deletion logs, access logs, API logs, and similar records. The subpoena also sought records for telephone numbers other than the identified DID.

4. Twilio served written objections and responses to the subpoena. A true and correct copy of Twilio's objections and response is attach

1

5. Twilio objected, among other grounds, that the subpoena was premature, overbroad, unduly burdensome, not limited by time or scope, sought records for telephone numbers other than the identified DID, sought information that may be available from Defendant or the relevant customer, and implicated confidential, sensitive commercial information and potentially information protected by federal law.

6. Plaintiff also served a subpoena on Avochato Inc. dated April 24, 2026, seeking similar categories of records relating to the same DID and related account information. A true and correct copy of the Avochato subpoena is attached as Exhibit 6.

7. On May 1, 2026, counsel for Digitire sent the Avochato subpoena and requesting that Plaintiff withdraw the subpoena or hold it in abeyance pending a Rule 26(f) conference, entry of a protective order, and resolution of the proper scope and sequencing of discovery.

8. On or about May 1, 2026, counsel for Digitire also notified Avochato directly that Digitire objected to production of Digitire-related account information, messaging records, call records, logs, help tickets, billing records, or other data without advance notice to Digitire and an opportunity to seek Court protection.

9. Avochato advised that it would not produce documents at that time and that it had also advised Plaintiff that it would not produce at that time.

10. To date, no Rule 26(f) conference has occurred, no discovery plan has been entered, and no case-specific protective order has been negotiated Standing Protective Order.

11. The third-party subpoenas seek broad account-level messaging, call, billing, help-ticket, access-log, API-log, deletion-log, and related platform records that may include

confidential business information, account information, technical records, and information concerning telephone numbers or communicat

12. Digitire seeks an order staying discovery and quashing, modifying, or holding in abeyance the third-party subpoenas until the Court resolve sets the scope and sequence of discovery.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 13, 2026.

_____
Rafael Recalde

3