IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

JOUREY NEWELL, individually and on behalf
of a class of all persons and entities similarly situated,

Plaintiff,

v.                                                          Case No. 3:25-cv-01794-SRU

DIGITIRE PROFESSIONALS, LLC,

Defendant.

_____/

## DEFENDANT DIGITIRE PROFESSIONALS, LLC'S NOTICE OF FILING CORRECTED DOCUMENTS

Defendant Digitire Professionals, LLC hereby gives notice of filing corrected versions of

the following documents:

1. Defendant Digitire Professionals, LLC's Motion to Dismiss, or Alternatively for Limited

   Threshold Discovery and Early Summary Judgment Schedule;

2. Defendant Digitire Professionals, LLC's Expedited Motion to Stay Discovery and Quash

   or Modify Third-Party Subpoenas Pending Rule 26(f) Conference, Protective Order, and

   Resolution of Threshold Motion; and

3. The proposed orders submitted in connection with those motions.

The corrected filings are submitted to address formatting issues in the prior filings. No

substantive changes have been made to the relief requested.

Dated: May 13, 2026

Respectfully submitted,

DIGITIRE PROFESSIONALS, LLC

By: /s/ Roger Scully
Roger Scully, Esq.
Suisman Shapiro
Bar Number: 29955
2 Union Plaza, P.O. Box 1591
New London, Connecticut 06320
Telephone: (860) 981-0246
Email: rscully@sswbgg.com

and

/s/ Rafael Recalde
Rafael Recalde, Esq.
Pro Hac Vice
Bar Number: phv209349
Recalde Law, P.A.
1221 Brickell Ave, Suite 900
Miami, FL 33131
Telephone: (305) 792-9100
Email: rafael@recaldelaw.com

Its Attorneys

## CERTIFICATE OF SERVICE

I hereby certify that on May 13, 2026, a copy of the foregoing was filed electronically and served by notice of electronic filing on all counsel of record.

/s/ Rafael Recalde
Rafael Recalde, Esq.