Docusign Envelope ID: 779ED390-DFC2-8E82-8919-0626FFEF99F1

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF CONNECTICUT**

|  |  |
|---|---|
| JOUREY NEWELL, individually and on behalf of a class of all persons and entities similarly situated,<br><br>      Plaintiff<br><br>vs.<br><br>DIGITIRE PROFESSIONALS, LLC,<br><br>      Defendant. | Case No. 3:25-cv-01794-SRU |

## <u>DECLARATION OF JOUREY NEWELL</u>

1. My name is Jourey Newell. I am over 18 years old and competent to testify to the matters stated herein.

2. My telephone number, 484-XXX-XXXX, is a cellular telephone number that I use as my personal cell phone.

3. I am the subscriber of record for this number and I pay the bill for this phone.

4. This number is used primarily for personal, residential, and household purposes, including communicating with family and friends and managing my daily personal affairs.

5. This number is my primary personal cell phone number.

6. Defendant did not call my business number.

7. My business uses a separate telephone number, 484-250-1170, which is the number I hold out publicly for business purposes.

8. Defendant instead directed its calls and messages to 484-XXX-XXXX, my personal cellular telephone number.

1

9. I do not hold 484-XXX-XXXX out to the public as a business number.

10. I understand that Defendant has identified a document in an attempt to characterize my personal cellular telephone number, 484-XXX-XXXX, as a business number. As explained, I have long maintained a separate telephone number for business purposes (484-250-1170). Since no later than 2019, I have not held out, maintained, or used 484-XXX-XXXX as a business telephone number, and any occasional or incidental business-related communications to or from that number were not part of any regular business use.

11. With respect to the exhibit attached to the motion to dismiss, the Department of Transportation application requested a contact telephone number as part of its internal registration process. I provided a cellular number at the time without any understanding or expectation that the number would be publicly disseminated or used as a business contact number. Upon learning that the number may have been publicly associated with the business, I corrected the listing so that the proper business number—484-250-1170—is used. The inclusion of 484-XXX-XXXX was not intended to identify that number as a business line and does not reflect how I held out or used that number.

12. Further, Newell Landscaping is no longer an active business entity as of 2023. Any continued association of that number with a business is the result of stale or third-party data and not my actual use of the number.

2

I declare under penalty of perjury under the laws of the United States of America that the

foregoing is true and correct.

Executed this March 17, 2026 in the United States of America,

Jourey Newell