IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

JOUREY NEWELL, individually and on behalf
of a class of all persons and entities similarly situated,

Plaintiff,

v.                                                                  Case No. 3:25-cv-01794-SRU

DIGITIRE PROFESSIONALS, LLC,

Defendant.

_____/

## MOTION TO EXCUSE SPONSORING ATTORNEY FROM ATTENDANCE IN COURT AND PARTICIPATION IN OTHER PROCEEDINGS

Pursuant to D. Conn. L. Civ. R. 83.1(d)(2), Defendant Digitire Professionals, LLC respectfully moves for an order excusing its sponsoring attorney, Roger Scully, Esq., from attendance in Court and participation in other proceedings in this matter, except as otherwise ordered by the Court.

In support of this motion, Defendant states as follows:

1. On April 14, 2026, this Court granted the Motion for Admission Pro Hac Vice of Rafael Recalde, Esq. to appear on behalf of Defendant in this action.

2. Roger Scully, Esq., a member of the bar of this Court, appeared as sponsoring/local counsel in connection with that admission and remains counsel of record for Defendant.

3. Defendant seeks leave for Mr. Recalde, as admitted visiting counsel, to handle the day-to-day litigation of this matter, including court appearances and other proceedings, without requiring Mr. Scully's attendance at each such proceeding.

4. Local Civil Rule 83.1(d)(2) expressly provides that, once a pro hac vice motion is granted, "the sponsoring attorney may apply to be excused from attendance in Court and participation in other proceedings before the Court."

5. Good cause exists for the requested relief. Defendant is represented by experienced admitted visiting counsel who is fully familiar with the facts, issues, and procedural posture of this case, and excusing sponsoring counsel's attendance will avoid unnecessary duplication of effort and expense while preserving efficient case management.

6. Mr. Scully will remain counsel of record and understands that, under Local Rule 83.1(d)(2), a sponsoring attorney who is excused from attendance is "not thereby relieved of any other obligation of an appearing attorney."

7. Defendant respectfully requests that the Court excuse Mr. Scully from attendance in Court and participation in other proceedings unless the Court specifically orders otherwise.

WHEREFORE, Defendant Digitire Professionals, LLC respectfully requests that the Court enter an order excusing sponsoring attorney Roger Scully, Esq. from attendance in Court and participation in other proceedings in this matter, except as otherwise directed by the Court, and grant such other relief as the Court deems just and proper.

Dated: June 8, 2026

Respectfully submitted,

/s/ Rafael Recalde
Rafael Recalde, Esq.
Pro Hac Vice Counsel for Defendant
Digitire Professionals, LLC

/s/ Roger Scully
Roger Scully, Esq.
Sponsoring Counsel for Defendant

Bar Number 29955
Digitire Professionals, LLC

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 8th day of June, 2026, a copy of the foregoing Notice of Appearance was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all counsel of record by operation of the Court's electronic filing system.

*/s/ Rafael Recalde*

Rafael Recalde, Esq.