IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

JOUREY NEWELL, individually and on behalf
of a class of all persons and entities similarly situated,

Plaintiff,

v.                                                                    Case No. 3:25-cv-01794-SRU

DIGITIRE PROFESSIONALS, LLC,

Defendant.

_____/

## ORDER GRANTING MOTION TO EXCUSE SPONSORING ATTORNEY FROM ATTENDANCE AND PARTICIPATION IN PROCEEDINGS

The Court has reviewed Defendant Digitire Professionals, LLC's Motion to Excuse Sponsoring Attorney from Attendance and Participation in Proceedings. For good cause shown, the Motion is GRANTED.

Sponsoring attorney Roger Scully, Esq. is excused from attendance in Court and participation in other proceedings in this matter, except as otherwise ordered by the Court. This Order does not relieve Mr. Scully of any other obligation of an appearing attorney under D. Conn. L. Civ. R. 83.1(d)(2) or any other applicable rule or order of this Court.

SO ORDERED this ___ day of _____, 2026, at Bridgeport, Connecticut.

Hon. Stefan R. Underhill
United States District Judge