IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

JOUREY NEWELL, individually and on behalf
of a class of all persons and entities similarly situated,

Plaintiff,

v.                                                                  Case No. 3:25-cv-01794-SRU

DIGITIRE PROFESSIONALS, LLC,

Defendant.

_____/

### DEFENDANT'S MOTION FOR LEAVE TO FILE REPLY MEMORANDUM INSTANTER

Defendant Digitire Professionals, LLC respectfully moves for leave to file the attached reply memorandum attached as Exhibit A in further support of its Motion to Dismiss or, Alternatively, for Limited Threshold Discovery and Early Summary Judgment Schedule.

Plaintiff filed his opposition on May 20, 2026. Under Local Rule 7(d), reply memoranda are permitted but not required, and a reply memorandum must be filed within fourteen days after the responsive memorandum. Defendant recognizes that the ordinary reply deadline has passed and therefore seeks leave under Federal Rule of Civil Procedure 6(b)(1)(B).

Good cause and excusable neglect support the requested relief. Plaintiff's opposition relies on a declaration and factual assertions outside the pleadings regarding the nature, use, and public-facing status of Plaintiff's telephone number. Plaintiff also argues that Defendant's materials and public-record evidence cannot be considered at the pleadings stage, while simultaneously asking the Court to credit Plaintiff's own declaration. The proposed reply addresses those issues narrowly and clarifies Defendant's alternative request for limited threshold discovery and an early summary judgment schedule if the Court declines to dismiss at the pleading stage.

1

The motion is scheduled for hearing on July 15, 2026. Allowing the short, attached reply will assist the Court before the hearing, will not require any change to the hearing date, and will not prejudice Plaintiff. The proposed reply is limited to matters raised in Plaintiff's opposition and is within the page limit set by Local Rule 7(d).

Defendant therefore respectfully requests that the Court grant leave to file the attached reply memorandum instanter.

Dated: June 23, 2026

Respectfully submitted,

DIGITIRE PROFESSIONALS, LLC

By: /s/ Roger Scully
Roger Scully, Esq.
Suisman Shapiro
Bar Number: 29955
2 Union Plaza, P.O. Box 1591
New London, Connecticut 06320
Telephone: (860) 981-0246
Email: rscully@sswbgg.com

and

/s/ Rafael Recalde
Rafael Recalde, Esq.
Pro Hac Vice
Bar Number: phv209349
Recalde Law, P.A.
1221 Brickell Ave, Suite 900
Miami, FL 33131
rafael@recaldelaw.com
(305) 792-9100

Its Attorneys

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on June 23, 2026, a copy of the foregoing was filed electronically and served by notice of electronic filing on all counsel of record.

*/s/ Rafael Recalde*
Rafael Recalde, Esq.