IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

JOUREY NEWELL, individually and on behalf
of a class of all persons and entities similarly situated,

Plaintiff,

v.                                                              Case No. 3:25-cv-01794-SRU

DIGITIRE PROFESSIONALS, LLC,

Defendant.

_____ /

### [PROPOSED] ORDER GRANTING DEFENDANT'S MOTION FOR LEAVE TO FILE REPLY MEMORANDUM INSTANTER

Upon consideration of Defendant Digitire Professionals, LLC's Motion for Leave to File Reply Memorandum Instanter, and for good cause shown, it is hereby ORDERED:

1.  Defendant's Motion for Leave to File Reply Memorandum Instanter is GRANTED.

2.  Defendant's Reply in Support of Motion to Dismiss or, Alternatively, for Limited Threshold Discovery and Early Summary Judgment Schedule, attached to the motion as Exhibit A, is deemed filed as of the date of this Order.

SO ORDERED this ___ day of _____, 2026.


United States District Judge

1