**UNITED STATES DISTRICT COURT, DISTRICT OF CONNECTICUT**
**CIVIL STANDARD MINUTES**

Date 7/15/2026

_____ NEWELL _____

Vs.

_____ DIGITIRE PROFESSIONALS, LLC _____

BKY Appellant_____

BKY Appellee_____

BKY case # _____

Start Time 10:33 AM   End Time 10:46 AM

Recess (if more than ½ hr) _____ to _____

Total Time _____hour(s) 13 minute(s)

Case # 3:25-cv-01794-SRU

Honorable Judge Stefan R. Underhill

Deputy Clerk J. Reis

Counsel for Pla(s) Anthony Paronich & Andrew Perrong

Counsel for Dft(s) Rafael Recalde

Reporter/Courtsmart Melissa Ciancillo

Interpreter NA

Language NA

Hearing held

☐ in person  ☑ by video  ☐ by telephone

## HEARING AND TIME

| | | |
|---|---|---|
| ◼ Motion/Oral Argument ____ | ☐ Show Cause Hearing ____ | ☐ Evidentiary Hearing ____ |
| ☐ Judgment Debtor Exam ____ | ☐ Pretrial Conference ____ | ☐ Scheduling Conference ____ |
| ☐ Status Conference ____ | ☐ Settlement Conference ____ | ☐ Other: _____ ____ |

## MOTIONS

◼ Motion to Quash (doc. no. 21) _____ filed by ☐ Pla ◼ Dft ☐ granted ◼ denied as moot ☐ taken under advisement

◼ Motion to Dismiss (doc. no. 30) _____ filed by ☐ Pla ◼ Dft ☐ granted ◼ denied without prejudice ☐ taken under advisement

☐ Motion _____ filed by ☐ Pla ☐ Dft ☐ granted ☐ denied ☐ taken under advisement

☐ Motion _____ filed by ☐ Pla ☐ Dft ☐ granted ☐ denied ☐ taken under advisement

☐ ORAL Motion _____ filed by ☐ Pla ☐ Dft ☐ granted ☐ denied ☐ under advisement

☐ ORAL Motion _____ filed by ☐ Pla ☐ Dft ☐ granted ☐ denied ☐ under advisement

☐ ORAL Motion _____ filed by ☐ Pla ☐ Dft ☐ granted ☐ denied ☐ under advisement

☐ ORAL Motion _____ filed by ☐ Pla ☐ Dft ☐ granted ☐ denied ☐ under advisement

☐ Brief(s) due _____   ☐ Proposed Findings due _____   Response due _____

☐ Status report due _____

☐ Hearing continued until _____ at _____

## NOTES

Discovery is bifurcated and stayed for 60 days, other than discovery regarding the issue of whether Mr. Newell's phone number at which he was contacted was a residential or commercial number.

Defendant shall file their answer within 30 days from today, by August 14, 2026.

Rev. 2/11/26