IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

JOUREY NEWELL, individually and on behalf
of a class of all persons and entities similarly situated,

Plaintiff,

v.                                                                    Case No. 3:25-cv-01794-SRU

DIGITIRE PROFESSIONALS, LLC,

Defendant.

_____/

## NOTICE OF SERVICE OF DEFENDANT DIGITIRE PROFESSIONALS, LLC'S LIMITED DISCOVERY REQUESTS

Defendant Digitire Professionals, LLC hereby gives notice that it served the following limited discovery requests on Plaintiff Jourey Newell:

1. Defendant Digitire Professionals, LLC's First Set of Limited Interrogatories to Plaintiff;

2. Defendant Digitire Professionals, LLC's First Limited Requests for Production to Plaintiff; and

3. Defendant Digitire Professionals, LLC's First Limited Requests for Admission to Plaintiff.

The discovery is served pursuant to the Court's July 15, 2026, Order limiting discovery to the issue of whether Mr. Newell's phone number at which he was contacted was residential or commercial.

Dated: July 24, 2026

1

Respectfully submitted,

DIGITIRE PROFESSIONALS, LLC

By: /s/ *Roger Scully*
Roger Scully, Esq.
Suisman Shapiro
Bar Number: 29955
2 Union Plaza, P.O. Box 1591
New London, Connecticut 06320
Telephone: (860) 981-0246
Email: rscully@sswbgg.com

and

/s/ *Rafael Recalde*
Rafael Recalde, Esq.
Pro Hac Vice
Bar Number: phv209349
Recalde Law, P.A.
1221 Brickell Ave, Suite 900
Miami, FL 33131
rafael@recaldelaw.com
(305) 792-9100

Its Attorneys

## CERTIFICATE OF SERVICE

I hereby certify that on July 24, 2026, a copy of the foregoing was filed electronically and served by notice of electronic filing on all counsel of record.

/s/ *Rafael Recalde*
Rafael Recalde, Esq.